**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BOOMCLOUD 360, INC.,<br><br>Plaintiff,<br><br>v.<br>AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC,<br><br>Defendants. | Case No. 2:26-cv-00082-JRG<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BOOMCLOUD 360, INC.,<br><br>Plaintiff,<br><br>v.<br>T-MOBILE USA, INC.,<br><br>Defendants. | Case No. 2:26-cv-00080-JRG<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER**

Defendants AT&T Services, Inc., AT&T Mobility, LLC and AT&T Enterprises, LLC ("AT&T"), and Defendant T-Mobile USA, Inc. ("T-Mobile") (collectively, the "Parties"), by and through their undersigned counsel of record, submit this motion to amend certain deadlines in the existing Docket Control Order. Plaintiff Boomcloud 360, Inc. ("Plaintiff") does not oppose this motion.

## BACKGROUND

1. On April 24, 2026, the Court entered the First Amended Docket Control Order. Dkt. 34.

2. Defendants request an additional day to complete their P.R. 3-3 and 3-4 disclosures, and Subject Matter Eligibility Contentions.

3. Plaintiff does not oppose Defendants' request, and the requested amendments are not sought for purposes of delay.

## REQUESTED RELIEF

4. Defendants request that the Court amend the following deadlines in the Docket Control Order set forth in the attached proposed Order.

| Current Date | New Date | Event |
|---|---|---|
| May 21, 2026 | May 22, 2026 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| May 21, 2026 | May 22, 2026 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |

5. No other deadlines or settings shall be affected except as expressly reflected in the proposed amended schedule.

6. Trial and other Court settings will remain unchanged.

Defendants respectfully request that the Court grant this unopposed motion and enter the accompanying amendments to the Docket Control Order.

Date: May 21, 2026

Respectfully submitted,

By: */s/ Brett C. Govett*

Brett C. Govett
State Bar No. 08235900
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Brett.Govett@nortonrosefulbright.com

Daniel S. Leventhal
State Bar No. 24050923
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, TX 77010-3095
Telephone: (713) 651-5151
Daniel.Leventhal@nortonrosefulbright.com

Talbot Hansum
State Bar No. 24084586
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone: (512) 474-5201
Talbot.Hansum@nortonrosefulbright.com

***Counsel for Defendants,***
***AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Enterprises, LLC; and T-Mobile USA, Inc.***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned hereby certifies that on May 21, 2026, counsel for the Parties conferred in writing and counsel for Plaintiff indicated that it does not oppose this motion.

*/s/ Talbot Hansum*
Talbot Hansum

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2026, the foregoing document was filed electronically using the Court's CM/ECF system. All counsel of record who are deemed to have consented to electronic service are served with a copy of this document via the Court's CM/ECF notification e-mail. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Brett C. Govett*
Brett C. Govett